**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **511 TECHNOLOGIES INC. and CADDO SYSTEMS, INC.,** | § § § | |
| *Plaintiffs,* | § § | |
| v. | § | |
| **SOUTHWEST AIRLINES COMPANY,** | § § § | 2:16-cv-00926-JRG **LEAD CASE** |
| **DELTA AIR LINES, INC.,** | § | 2:16-cv-00925-JRG |
| **INTERNET BRANDS, INC.,** | § | 2:16-cv-00927-JRG |
| **DASSAULT SYSTEMS AMERICAS CORP. ET AL.** | § § § | 2:16-cv-01001-JRG |
| *Defendants.* | § | |

## **ORDER**

Before the Court is a Joint Motion to Stay All Deadlines and Notice of Settlement as to **Case No. 2:16-cv-00927-JRG** ("Dkt. No. 38"). Having reviewed the Motion, the Court is of the opinion that the Motion is well taken and should be GRANTED in all respects.

The Court GRANTS the Motion to Stay All Deadlines in **Case No. 2:16-cv-00927-JRG** for an additional two weeks, up to and including February 10, 2017, including a stay of the deadlines set forth in the Court's Order of December 30, 2016 (Dkt. No. 24), a stay of entry of a Docket Control Order, and a stay of the obligation of counsel for Defendant Internet Brands, Inc. to attend the upcoming January 31, 2017 Scheduling Conference.

**So Ordered this**

Jan 30, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE